[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-13350
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 12, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 07-00292-CR-KD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER N. KNIGHT,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Alabama

_____

(May 12, 2009)

Before CARNES, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for Christopher N. Knight in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Knight's convictions and sentences are **AFFIRMED**.